1  **HEDIN LLP**
   Frank S. Hedin (SBN 291289)
2  1395 Brickell Avenue, Suite 610
   Miami, FL 33131
3  Telephone: (305) 357-2107
   E-mail: fhedin@hedinllp.com
4

5  Attorney for Plaintiff and Putative Class

6  Rachel A. Straus (SBN 268836)
   rstarus@shb.com
7  Saman M. Rejali (SBN 274517)
   srejali@shb.com
8  **SHOOK, HARDY & BACON L.L.P.**
9  2121 Avenue of the Stars, Suite 1400
   Los Angeles, California 90067
10 Telephone: (424) 285-8330
   Facsimile: (424) 204-9093
11

12 Attorney for Defendants

13
## UNITED STATES DISTRICT COURT
14
## NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>Defendants. | Case No.: 4:25-cv-06614-YGR<br><br>Assigned to:<br>Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: 08/14/2025<br>Current response date: 09/04/2025<br>New response date: 10/04/2025 |

WHEREAS, on August 5, 2025, Plaintiff Alexander Sisti ("Plaintiff") filed his complaint (the "Complaint") in the United States District Court for the Northern District of California;

WHEREAS, as of August 14, 2025, Plaintiff served the Complaint on the Defendants;

WHEREAS, pursuant Defendants' answer or other response is due on or before September 4, 2025;

WHEREAS, Defendants have just retained counsel, who will need time to review and evaluate the Complaint and prepare a response;

WHEREAS, good cause exists for continuing Defendants' responsive pleading deadline to allow their counsel time to evaluate the claims in the Complaint;

WHEREAS, Plaintiff has agreed that Defendants' time to answer or otherwise respond to the Complaint should be extended by 30 days, to October 4, 2025;

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree that Defendants' answer and/or response to Plaintiff's complaint shall be due on October 4, 2025.

IT IS SO STIPULATED.

Dated: 9/3/2025  **HEDIN LLP**
By:   /s/ Frank S. Hedin
      FRANK S. HEDIN
      Attorneys for Plaintiff Alexander Sisti

Dated: 9/3/2025  **SHOOK, HARDY & BACON L.L.P.**
By:   /s/ Saman M. Rejali
      SAMAN M. REJALI
      Attorneys for Defendants Bosley Inc. and Bosley Medical Group

ATTESTATION OF SIGNATURE I hereby attest that the other Signatory has concurred in the filing of this document.