| | |
|---|---|
| 1 | SHOOK, HARDY & BACON L.L.P. |
| 2 | Rachel A. Straus (SBN 268836)<br>rstraus@shb.com |
| 3 | 2049 Century Park East, Suite 3000<br>Los Angeles, California 90067 |
| 4 | Telephone: 424.285.8330<br>Facsimile: 424.204.9093 |
| 5 | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>　　　　　　　Defendants. | Case No. 4:25-cv-06614-YGR<br><br>Assigned to:<br>Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: August 14, 2025<br>Current response date: October 4, 2025<br>New response date: October 20, 2025 |

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

WHEREAS, on August 5, 2025, Plaintiff Alexander Sisti ("Plaintiff") filed his complaint (the "Complaint") in the United States District Court for the Northern District of California;

WHEREAS, as of August 14, 2025, Plaintiff served the Complaint on the Defendants;

WHEREAS, on September 3, 2025, the parties stipulated to an extension of time for Defendants to respond to the Complaint and the current deadline for Defendants to respond to the October 6, 2025;

WHEREAS, Defendants are still evaluating the allegations in the complaint and desire additional time to continue to meet and confer with Plaintiff about the allegations in the Complaint to determine whether an early resolution is possible before needing to prepare a response to the Complaint;

WHEREAS, good cause exists for continuing Defendants' responsive pleading deadline to allow their counsel time to evaluate the allegations in the Complaint and continue to meet and confer with Plaintiff;

WHEREAS, the parties have agreed, subject to Court approval, that Defendants' time to answer or otherwise respond to the Complaint should be extended to October 20, 2025;

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, subject to Court approval, that Defendants' answer and/or response to Complaint shall be continued to October 20, 2025.

IT IS SO STIPULATED.

Dated: 10/1/2025

**SHOOK, HARDY & BACON L.L.P.**
By: /s/ Rachel A. Straus
RACHEL A. STRAUS
Attorneys for Defendants Bosley Inc. and Bosley Medical Group

**HEDIN LLP**

Dated: 10/1/2025     By:     /s/__Frank S. Hedin__
                              FRANK S. HEDIN
                              Attorneys for Plaintiff Alexander Sisti

ATTESTATION OF SIGNATURE Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other Signatory has concurred in the filing of this document.

          /s/ *Rachel A. Straus*
          Rachel A. Straus