SHOOK, HARDY & BACON L.L.P.
Rachel A. Straus (SBN 268836)
rstraus@shb.com
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:   424.285.8330
Facsimile:   424.204.9093

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>　　　　　　　　　Defendants. | Case No. 4:25-cv-06614-YGR<br><br>Assigned to:<br>Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF RACHEL A. STRAUS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>Date:　　December 9, 2025<br>Time:　　2 pm<br>Place:　　Ctrm 1 – 4th Floor |

I, Rachel A. Straus, declare and state as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California and I am admitted in the Northern District of California. I am one of the attorneys for Defendants Bosley Inc. and Bosley Medical Group (collectively, "Bosley") in the above-entitled action. This declaration is based upon my personal knowledge. If called upon as a witness, I could and would competently testify as to the facts set forth therein.

2. On October 20, 2025, I visited www.bosley.com (the "Website") and took a screenshot of the Scheduler page on the Website located at www.bosley.com/scheduler/. Attached as Exhibit A to the accompanying Request for Judicial Notice ("RJN") is a true and correct copy of a screen shot from the Schedule page on the Website.

3. On October 20, 2025, I visited www.bosley.com/terms-of-use/ and printed Bosley's Terms of Use. A true and correct copy of Bosley's Terms of Use I printed from the Website is attached as Exhibit B to the RJN.

4. On October 20, 2025, I visited www.bosley.com/privacy-policy/ and printed Bosley's Privacy Policy. A true and correct copy of Bosley's Privacy Policy I printed from the Website is attached as Exhibit C to the RJN.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct.

Dated: October 20, 2025                              */s/ Rachel A. Straus*
                                                     Rachel A. Straus