| | |
|---|---|
| 1 | SHOOK, HARDY & BACON L.L.P.<br>Rachel A. Straus (SBN 268836) |
| 2 | rstraus@shb.com<br>Saman M. Rejali (SBN 274517) |
| 3 | srejali@shb.com<br>2049 Century Park East, Suite 3000 |
| 4 | Los Angeles, California 90067<br>Telephone:  424.285.8330 |
| 5 | Facsimile:   424.204.9093 |
| 6 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>Defendants. | Case No. 4:25-cv-06614-YGR<br><br>Assigned to:<br>Hon. Yvonne Gonzalez Rogers<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(3), OR IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)**<br><br>Date:      December 9, 2025<br>Time:     2 pm<br>Place:    Ctrm 1 – 4th Floor Date: |

## I.  INTRODUCTION

Defendants Bosley, Inc. and Bosley Medical Group (together, "Bosley") hereby request that this Court take judicial notice of certain records filed in support of Bosley's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3), or in the Alternative, to Transfer Venue Pursuant to 28 U.S.C. § 1404(A), filed herewith.  Specifically, Bosley requests that the Court take notice of the following records:

- A page from TikTok's publicly-available website, accessible at www.tiktok.com/about, stating that TikTok maintains a corporate headquarters in Los Angeles, California.  A true and correct copy is attached hereto as **Exhibit 1**.
- A June 2025 report from United States Courts, Federal Case Management Statistics entitled "Comparison of Districts Within the First Circuit - 12-Month Period Ending June 30, 2025," accessible at www.uscourts.gov/sites/default/files/document/fcms_na_distcomparison0630.2025.pdf.  A true and correct copy is attached hereto as **Exhibit 2**.

## II.  Legal Standard and Discussion

The Court may "judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

"[A]s a general matter, websites and their contents may be proper subjects for judicial notice" provided that the party submits a copy of the relevant webpage to the court. *Caldwell v. Caldwell*, No. 05-cv-04166-PJH, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006); *see also In re Google Location Hist. Litig.*, 428 F. Supp. 3d 185, 189–90 (N.D. Cal. 2019) (granting defendant's request for judicial notice of publicly available websites in CIPA and California constitution invasion of privacy class action); *Jones v. Tonal Sys., Inc.*, 751 F.Supp.3d 1025, 1031 (S.D. Cal. 2024) (granting request for judicial notice of four printouts of publicly available website pages

because plaintiff's "characterization of the [website] feature form the basis of her lawsuit.") (internal quotations omitted).

The Court may take judicial notice under Fed. R. Evid. 201(b)(2) of: (1) portions of TikTok's Website demonstrating that TikTok's "global headquarters are in Los Angeles and Singapore"; and (2) the Federal Case Management Statistics report from June 2025 (the "FCMS Report"). Pursuant to Rule 201(b)(2), the contents of TikTok's website is "readily determined" by navigating to TikTok's website, and Plaintiffs cannot "reasonably … question[]" the accuracy of TikTok's website. Fed. R. Evid. 201(b)(2). Similarly, the contents of the FCMS Report are publicly-available on the United State Courts website, and its authenticity cannot be reasonably questioned.

The Court may consider the documents described in this Request, as reflected in the exhibits attached hereto, and doing so will assist the Court in ruling on the issues before it.

### III. CONCLUSION

For the aforementioned reasons, Bosley respectfully requests that the Court take judicial notice of Exhibits 1 and 2 attached hereto.

Dated: October 20, 2025

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Saman M. Rejali*
   Rachel A. Straus
   Saman M. Rejali

   Attorney for Defendants
   Bosley Inc. and Bosley Medical Group