# Exhibit 1

About

# Our mission is to inspire creativity and bring joy.

TikTok's global headquarters are in Los Angeles and Singapore, and its offices include New York, London, Dublin, Paris, Berlin, Dubai, Jakarta, Seoul, and Tokyo.





