# Exhibit 2

**Comparison of Districts Within the First Circuit — 12-Month Period Ending June 30, 2025**

| | | | ME | MA | NH | RI | PR |
|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 792 | 4,583 | 667 | 815 | 1,937 |
| | | Terminations | 680 | 3,669 | 1,383 | 695 | 2,188 |
| | | Pending | 690 | 6,277 | 1,481 | 941 | 2,554 |
| | Percent Change in Total Filings Current Year | Over Last Year | 20.9 | 3.3 | 18.7 | 19.3 | 5.8 |
| | | Over 2020 | 7.0 | 26.6 | -55.9 | 7.8 | -4.4 |
| | Number of Judgeships | | 3 | 13 | 3 | 3 | 7 |
| | Vacant Judgeship Months [1] | | | 1.0 | | | |
| **Actions per Judgeship** | Filings | Total | 264 | 353 | 222 | 272 | 277 |
| | | Civil | 189 | 291 | 155 | 213 | 93 |
| | | Criminal Felony | 55 | 44 | 44 | 36 | 132 |
| | | Supervised Release Hearings | 20 | 17 | 24 | 22 | 52 |
| | Pending Cases | | 230 | 483 | 494 | 314 | 365 |
| | Weighted Filings [1] | | 248 | 350 | 225 | 265 | 279 |
| | Terminations | | 227 | 282 | 461 | 232 | 313 |
| | Trials Completed | | 20 | 8 | 9 | 8 | 12 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.9 | 20.1 | 13.9 | 18.3 | 17.7 |
| | | Civil [1] | 7.2 | 7.4 | 50.5 | 8.7 | 14.1 |
| | From Filing to Trial [1] (Civil Only) | | - | 29.0 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 21 / 4.3 | 387 / 7.2 | 576 / 47.6 | 92 / 12.5 | 187 / 18.9 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.4 | 1.5 | 1.4 | 1.8 |
| | Jurors | Avg. Present for Jury Selection | 170.5 | 65.7 | 62.8 | 61.8 | 51.2 |
| | | Percent Not Selected or Challenged | 63.3 | 40.7 | 41.0 | 59.1 | 39.5 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Second Circuit — 12-Month Period Ending June 30, 2025**

| | | | CT | NY,N | NY,E | NY,S | NY,W | VT |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 2,481 | 2,406 | 8,788 | 12,309 | 2,746 | 1,706 |
| | | Terminations | 2,428 | 2,372 | 9,031 | 12,272 | 2,892 | 1,814 |
| | | Pending | 2,652 | 2,506 | 13,342 | 16,549 | 3,324 | 772 |
| | Percent Change in Total Filings Current Year | Over Last Year | -0.6 | -4.6 | -13.2 | -2.0 | -5.4 | 4.7 |
| | | Over 2020 | 0.2 | 4.2 | 16.4 | -6.4 | -20.4 | 254.7 |
| | Number of Judgeships | | 8 | 5 | 15 | 28 | 4 | 2 |
| | Vacant Judgeship Months [1] | | 5.0 | | | 11.0 | | |
| **Actions per Judgeship** | Filings | Total | 310 | 481 | 586 | 440 | 687 | 853 |
| | | Civil | 254 | 376 | 531 | 389 | 501 | 705 |
| | | Criminal Felony | 28 | 75 | 38 | 24 | 89 | 96 |
| | | Supervised Release Hearings | 29 | 30 | 17 | 27 | 96 | 52 |
| | Pending Cases | | 332 | 501 | 889 | 591 | 831 | 386 |
| | Weighted Filings [1] | | 285 | 387 | 547 | 486 | 516 | 441 |
| | Terminations | | 304 | 474 | 602 | 438 | 723 | 907 |
| | Trials Completed | | 8 | 9 | 18 | 20 | 8 | 11 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 18.6 | 7.8 | 30.0 | 16.5 | 11.5 | 14.7 |
| | | Civil [1] | 6.9 | 8.3 | 6.4 | 5.6 | 8.1 | 2.5 |
| | From Filing to Trial [1] (Civil Only) | | 49.1 | 52.3 | 45.2 | 34.2 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 144 | 207 | 2,086 | 3,249 | 546 | 46 |
| | | | 6.7 | 10.8 | 19.8 | 26.3 | 20.4 | 9.6 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.1 | 1.5 | 1.4 | 1.1 | 1.5 |
| | Jurors | Avg. Present for Jury Selection | 68.7 | 36.4 | 82.6 | 95.6 | 107.1 | 56.0 |
| | | Percent Not Selected or Challenged | 25.2 | 6.3 | 39.1 | 54.0 | 45.6 | 36.6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Third Circuit — 12-Month Period Ending June 30, 2025**

|  |  |  | DE | NJ | PA,E | PA,M | PA,W | VI |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** |  | Filings | 1,663 | 19,574 | 9,484 | 2,988 | 3,384 | 205 |
|  |  | Terminations | 1,634 | 11,277 | 7,743 | 2,899 | 3,612 | 221 |
|  |  | Pending | 2,279 | 91,711 | 10,062 | 3,527 | 3,886 | 547 |
|  | Percent Change in Total Filings Current Year | Over Last Year | -0.7 | -33.1 | 6.8 | 12.7 | -4.4 | -2.8 |
|  |  | Over 2020 | -25.0 | 1.8 | 17.8 | 6.1 | -5.3 | -33.0 |
|  | Number of Judgeships |  | 4 | 17 | 22 | 6 | 10 | 2 |
|  | Vacant Judgeship Months [1] |  |  |  |  |  |  | 4.0 |
| **Actions per Judgeship** | Filings | Total | 416 | 1,151 | 431 | 498 | 338 | 103 |
|  |  | Civil | 376 | 1,099 | 399 | 415 | 274 | 61 |
|  |  | Criminal Felony | 34 | 39 | 22 | 66 | 45 | 39 |
|  |  | Supervised Release Hearings | 6 | 13 | 10 | 17 | 20 | 3 |
|  | Pending Cases |  | 570 | 5,395 | 457 | 588 | 389 | 274 |
|  | Weighted Filings [1] |  | 618 | 905 | 349 | 468 | 303 | - |
|  | Terminations |  | 409 | 663 | 352 | 483 | 361 | 111 |
|  | Trials Completed |  | 24 | 6 | 7 | 25 | 25 | 17 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.0 | 15.4 | 18.7 | 20.7 | 19.9 | 19.5 |
|  |  | Civil [1] | 10.3 | 9.4 | 5.1 | 8.3 | 6.9 | 12.7 |
|  | From Filing to Trial [1] (Civil Only) |  | 35.0 | 63.4 | 24.3 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] |  | 367 17.6 | 52,571 58.1 | 2,056 22.9 | 246 10.0 | 359 11.6 | 163 49.2 |
|  | Average Number of Felony Defendants Filed per Case |  | 1.1 | 1.1 | 1.3 | 1.3 | 1.4 | 1.2 |
|  | Jurors | Avg. Present for Jury Selection | 40.6 | 105.1 | 48.0 | 54.5 | 57.1 | 96.8 |
|  |  | Percent Not Selected or Challenged | 31.0 | 39.7 | 38.3 | 31.9 | 25.9 | 46.0 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Fourth Circuit — 12-Month Period Ending June 30, 2025**

|  |  |  | MD | NC,E | NC,M | NC,W | SC | VA,E | VA,W | WV,N | WV,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 4,660 | 4,218 | 1,785 | 2,178 | 10,417 | 5,163 | 1,702 | 1,080 | 1,177 |
| | Terminations | | 4,536 | 2,671 | 1,687 | 2,137 | 7,034 | 4,912 | 1,681 | 1,131 | 1,037 |
| | Pending | | 5,051 | 6,284 | 1,497 | 1,727 | 16,130 | 4,420 | 1,590 | 1,006 | 2,315 |
| | Percent Change in Total Filings Current Year | Over Last Year | 4.0 | 16.3 | -0.7 | -9.6 | 21.6 | 2.9 | 4.2 | -7.1 | 14.4 |
| | | Over 2020 | 5.2 | 31.9 | -9.4 | -0.5 | 105.8 | 19.5 | -2.6 | -8.1 | -12.8 |
| | Number of Judgeships | | 10 | 4 | 4 | 5 | 10 | 11 | 4 | 3 | 5 |
| | Vacant Judgeship Months¹ | | | | 12.0 | 18.0 | 12.0 | | | | |
| **Actions per Judgeship** | Filings | Total | 466 | 1,055 | 446 | 436 | 1,042 | 469 | 426 | 360 | 235 |
| | | Civil | 413 | 868 | 281 | 295 | 947 | 368 | 356 | 209 | 174 |
| | | Criminal Felony | 29 | 125 | 83 | 77 | 59 | 68 | 44 | 105 | 46 |
| | | Supervised Release Hearings | 24 | 62 | 82 | 63 | 35 | 33 | 26 | 46 | 16 |
| | Pending Cases | | 505 | 1,571 | 374 | 345 | 1,613 | 402 | 398 | 335 | 463 |
| | Weighted Filings¹ | | 408 | 981 | 363 | 377 | 788 | 422 | 339 | 317 | 198 |
| | Terminations | | 454 | 668 | 422 | 427 | 703 | 447 | 420 | 377 | 207 |
| | Trials Completed | | 13 | 28 | 18 | 16 | 12 | 18 | 23 | 15 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 20.2 | 12.7 | 9.1 | 15.2 | 13.8 | 7.6 | 11.7 | 13.2 | 9.2 |
| | | Civil¹ | 6.9 | 8.5 | 8.0 | 6.5 | 11.7 | 5.4 | 9.2 | 10.3 | 10.3 |
| | From Filing to Trial¹ (Civil Only) | | 46.6 | - | - | 25.0 | 32.8 | 11.6 | 29.6 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old¹ | | 436 / 10.9 | 235 / 4.5 | 51 / 5.1 | 50 / 4.3 | 2,223 / 14.7 | 366 / 11.3 | 133 / 10.6 | 41 / 8.0 | 1,092 / 54.6 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.2 | 1.3 | 1.2 | 1.5 | 1.2 | 1.3 | 1.4 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 58.1 | 37.4 | 29.4 | 56.5 | 52.3 | 52.9 | 50.0 | 59.6 | 35.2 |
| | | Percent Not Selected or Challenged | 31.1 | 33.0 | 39.6 | 50.4 | 35.4 | 32.4 | 43.2 | 33.4 | 5.9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Fifth Circuit — 12-Month Period Ending June 30, 2025**

|  |  |  | LA,E | LA,M | LA,W | MS,N | MS,S | TX,N | TX,E | TX,S | TX,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,493 | 1,255 | 2,299 | 1,019 | 2,205 | 7,704 | 5,014 | 16,271 | 14,838 |
| | Terminations | | 9,930 | 1,461 | 2,748 | 973 | 2,105 | 7,234 | 4,711 | 15,352 | 14,815 |
| | Pending | | 8,742 | 1,610 | 3,015 | 798 | 4,167 | 6,259 | 6,777 | 15,670 | 10,281 |
| | Percent Change in Total Filings Current Year | Over Last Year | -62.1 | -34.0 | -0.1 | -2.8 | -48.3 | 7.4 | 16.5 | 15.2 | 14.8 |
| | | Over 2020 | -51.0 | 16.5 | 7.1 | 5.4 | -18.5 | -2.2 | 18.8 | -11.9 | 4.8 |
| | Number of Judgeships | | 12 | 3 | 7 | 3 | 6 | 12 | 8 | 19 | 13 |
| | Vacant Judgeship Months¹ | | 32.0 | | 12.0 | 14.0 | | 12.0 | | 36.0 | 24.0 |
| **Actions per Judgeship** | Filings | Total | 208 | 418 | 328 | 340 | 368 | 642 | 627 | 856 | 1,141 |
| | | Civil | 174 | 368 | 269 | 261 | 277 | 483 | 520 | 393 | 381 |
| | | Criminal Felony | 27 | 45 | 47 | 63 | 71 | 117 | 107 | 386 | 647 |
| | | Supervised Release Hearings | 7 | 5 | 12 | 16 | 20 | 42 | 0 | 77 | 114 |
| | Pending Cases | | 729 | 537 | 431 | 266 | 695 | 522 | 847 | 825 | 791 |
| | Weighted Filings¹ | | 200 | 423 | 314 | 378 | 355 | 601 | 891 | 659 | 804 |
| | Terminations | | 828 | 487 | 393 | 324 | 351 | 603 | 589 | 808 | 1,140 |
| | Trials Completed | | 6 | 19 | 12 | 15 | 29 | 18 | 14 | 14 | 19 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.0 | 10.6 | 11.4 | 11.0 | 11.3 | 9.0 | 23.2 | 4.5 | 5.5 |
| | | Civil¹ | 64.3 | 13.2 | 15.4 | 6.5 | 9.2 | 5.8 | 7.1 | 7.8 | 7.8 |
| | From Filing to Trial¹ (Civil Only) | | 24.5 | - | 29.1 | - | 25.4 | 24.4 | 25.1 | 31.2 | 32.8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old¹ | | 5,782 | 61 | 755 | 20 | 75 | 482 | 279 | 424 | 473 |
| | | | 70.4 | 4.6 | 28.6 | 3.4 | 2.1 | 11.0 | 6.7 | 6.2 | 10.2 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.3 | 1.2 | 1.2 | 1.3 | 1.6 | 1.1 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 48.5 | 40.8 | 33.0 | 35.6 | 72.0 | 48.6 | 47.6 | 44.4 | 51.5 |
| | | Percent Not Selected or Challenged | 42.6 | 35.9 | 25.4 | 22.8 | 57.7 | 42.6 | 46.1 | 35.9 | 44.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Sixth Circuit — 12-Month Period Ending June 30, 2025**

| | | | KY,E | KY,W | MI,E | MI,W | OH,N | OH,S | TN,E | TN,M | TN,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 1,730 | 1,759 | 4,859 | 2,070 | 5,242 | 3,279 | 1,874 | 2,203 | 2,286 |
| | Terminations | | 1,650 | 1,797 | 4,645 | 2,224 | 4,001 | 3,201 | 1,875 | 1,950 | 2,007 |
| | Pending | | 1,825 | 1,814 | 5,101 | 1,443 | 8,068 | 28,042 | 1,969 | 2,472 | 2,885 |
| | Percent Change in Total Filings Current Year | Over Last Year | 7.4 | 4.1 | 10.5 | 1.0 | 18.1 | -56.5 | 5.3 | 1.3 | 27.6 |
| | | Over 2020 | -20.9 | -10.2 | 8.8 | 8.0 | -0.8 | -60.8 | -10.2 | 14.4 | 10.7 |
| | Number of Judgeships | | 6 | 4 | 15 | 4 | 11 | 8 | 5 | 4 | 5 |
| | Vacant Judgeship Months ¹ | | 4.0 | | | | 12.0 | | | | 12.0 |
| **Actions per Judgeship** | Filings | Total | 288 | 440 | 324 | 518 | 477 | 410 | 375 | 551 | 457 |
| | | Civil | 184 | 312 | 250 | 431 | 340 | 326 | 236 | 428 | 308 |
| | | Criminal Felony | 77 | 102 | 53 | 57 | 60 | 58 | 118 | 59 | 83 |
| | | Supervised Release Hearings | 27 | 26 | 21 | 30 | 77 | 26 | 21 | 63 | 66 |
| | Pending Cases | | 304 | 454 | 340 | 361 | 733 | 3,505 | 394 | 618 | 577 |
| | Weighted Filings ¹ | | 276 | 435 | 306 | 464 | 373 | 394 | 415 | 521 | 409 |
| | Terminations | | 275 | 449 | 310 | 556 | 364 | 400 | 375 | 488 | 401 |
| | Trials Completed | | 11 | 16 | 10 | 16 | 12 | 30 | 10 | 19 | 23 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.1 | 14.2 | 14.6 | 8.4 | 13.6 | 14.3 | 13.8 | 27.6 | 14.1 |
| | | Civil ¹ | 8.0 | 8.4 | 9.0 | 7.5 | 7.1 | 8.7 | 9.5 | 8.3 | 8.8 |
| | From Filing to Trial ¹ (Civil Only) | | - | - | 35.3 | 37.3 | 31.2 | - | 35.6 | 32.6 | 25.2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 125 / 12.2 | 116 / 9.3 | 381 / 9.7 | 34 / 2.7 | 3,239 / 44.8 | 17,368 / 64.0 | 66 / 5.8 | 65 / 3.3 | 179 / 10.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.6 | 1.2 | 1.1 | 1.3 | 1.3 | 1.5 | 1.2 | 1.4 |
| | Jurors | Avg. Present for Jury Selection | 48.4 | 58.1 | 77.8 | 45.9 | 53.4 | 69.2 | 43.0 | 43.1 | 80.4 |
| | | Percent Not Selected or Challenged | 28.7 | 29.3 | 59.2 | 48.5 | 44.4 | 56.3 | 29.8 | 14.9 | 60.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Seventh Circuit — 12-Month Period Ending June 30, 2025**

|  |  |  | IL,N | IL,C | IL,S | IN,N | IN,S | WI,E | WI,W |
|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 16,534 | 1,938 | 2,821 | 2,678 | 4,106 | 2,306 | 1,248 |
| | Terminations | | 14,119 | 1,934 | 2,240 | 2,468 | 4,372 | 2,318 | 1,128 |
| | Pending | | 23,870 | 1,904 | 8,155 | 2,698 | 10,942 | 2,205 | 1,266 |
| | Percent Change in Total Filings Current Year | Over Last Year | -15.0 | 14.5 | -25.4 | 11.2 | 11.7 | 9.7 | 12.3 |
| | | Over 2020 | 73.0 | 4.2 | 55.2 | -4.2 | -31.3 | -9.2 | -10.9 |
| | Number of Judgeships | | 22 | 4 | 4 | 5 | 5 | 5 | 2 |
| | Vacant Judgeship Months¹ | | | | | | 11.0 | | |
| **Actions per Judgeship** | Filings | Total | 752 | 485 | 705 | 536 | 821 | 461 | 624 |
| | | Civil | 716 | 392 | 609 | 464 | 750 | 371 | 540 |
| | | Criminal Felony | 24 | 50 | 61 | 57 | 69 | 62 | 48 |
| | | Supervised Release Hearings | 12 | 43 | 35 | 15 | 2 | 28 | 36 |
| | Pending Cases | | 1,085 | 476 | 2,039 | 540 | 2,188 | 441 | 633 |
| | Weighted Filings¹ | | 759 | 412 | 532 | 486 | 676 | 420 | 545 |
| | Terminations | | 642 | 484 | 560 | 494 | 874 | 464 | 564 |
| | Trials Completed | | 9 | 22 | 17 | 16 | 10 | 5 | 26 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 30.9 | 21.1 | 14.9 | 14.8 | 15.5 | 14.1 | 8.6 |
| | | Civil¹ | 7.1 | 7.8 | 13.6 | 8.3 | 12.2 | 6.0 | 7.0 |
| | From Filing to Trial¹ (Civil Only) | | 56.4 | 52.2 | 45.0 | 43.2 | 36.9 | - | 22.9 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old¹ | | 2,415 10.9 | 117 7.5 | 1,372 17.6 | 119 5.4 | 6,488 62.0 | 113 6.9 | 41 4.1 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.2 | 1.2 | 1.1 | 1.3 | 1.5 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 65.1 | 37.8 | 40.0 | 36.1 | 30.8 | 33.0 | 22.3 |
| | | Percent Not Selected or Challenged | 50.4 | 48.4 | 25.1 | 36.6 | 41.2 | 39.1 | 13.7 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Eighth Circuit — 12-Month Period Ending June 30, 2025**

|  |  |  | AR,E | AR,W | IA,N | IA,S | MN | MO,E | MO,W | NE | ND | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,396 | 1,197 | 1,015 | 1,238 | 5,677 | 3,600 | 2,860 | 1,475 | 808 | 1,384 |
| | Terminations | | 2,412 | 1,138 | 961 | 1,233 | 3,821 | 3,576 | 2,758 | 1,533 | 755 | 1,316 |
| | Pending | | 2,685 | 1,164 | 766 | 796 | 12,025 | 3,059 | 2,619 | 1,390 | 1,003 | 1,088 |
| | Percent Change in Total Filings Current Year | Over Last Year | 8.0 | 10.3 | 0.3 | -1.0 | 9.6 | -0.3 | 3.0 | 6.1 | -6.7 | 3.2 |
| | | Over 2020 | -15.3 | 6.8 | -1.2 | -4.2 | 56.6 | -14.3 | -5.6 | 2.1 | -0.9 | 8.0 |
| | Number of Judgeships | | 5 | 3 | 2 | 3 | 7 | 8 | 6 | 3 | 2 | 3 |
| | Vacant Judgeship Months [1] | | | 12.0 | | | | 47.0 | | | | |
| **Actions per Judgeship** | Filings | Total | 479 | 399 | 508 | 413 | 811 | 450 | 477 | 492 | 404 | 461 |
| | | Civil | 352 | 296 | 215 | 199 | 693 | 263 | 305 | 313 | 147 | 122 |
| | | Criminal Felony | 90 | 80 | 185 | 118 | 64 | 125 | 116 | 119 | 187 | 201 |
| | | Supervised Release Hearings | 37 | 23 | 108 | 95 | 53 | 62 | 55 | 59 | 71 | 139 |
| | Pending Cases | | 537 | 388 | 383 | 265 | 1,718 | 382 | 437 | 463 | 502 | 363 |
| | Weighted Filings [1] | | 424 | 357 | 453 | 361 | 654 | 436 | 446 | 405 | 405 | 445 |
| | Terminations | | 482 | 379 | 481 | 411 | 546 | 447 | 460 | 511 | 378 | 439 |
| | Trials Completed | | 17 | 8 | 51 | 58 | 10 | 10 | 17 | 14 | 27 | 49 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 23.1 | 11.8 | 9.6 | 10.2 | 13.8 | 14.2 | 19.1 | 13.2 | 14.5 | 10.6 |
| | | Civil [1] | 11.3 | 9.0 | 7.4 | 8.3 | 8.7 | 6.9 | 6.9 | 5.5 | 10.6 | 9.8 |
| | From Filing to Trial [1] (Civil Only) | | 35.6 | - | - | - | 42.6 | - | 33.5 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 84 / 4.9 | 32 / 4.4 | 11 / 2.9 | 12 / 2.6 | 4,940 / 43.5 | 88 / 5.2 | 137 / 9.7 | 69 / 7.5 | 36 / 12.3 | 63 / 14.5 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.2 | 1.1 | 1.3 | 1.3 | 1.2 | 1.2 | 1.3 | 1.5 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 53.0 | 62.4 | 52.9 | 36.5 | 53.5 | 49.1 | 50.7 | 36.3 | 29.3 | 42.8 |
| | | Percent Not Selected or Challenged | 43.1 | 51.6 | 45.2 | 26.4 | 49.2 | 35.2 | 32.2 | 17.3 | 17.1 | 22.4 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Ninth Circuit — 12-Month Period Ending June 30, 2025**

| | | | AK | AZ | CA,N | CA,E | CA,C | CA,S | HI | ID | MT | NV | OR | WA,E | WA,W | GU | NMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 522 | 17,803 | 12,027 | 6,026 | 19,243 | 9,137 | 854 | 1,138 | 1,436 | 3,510 | 3,040 | 1,615 | 4,043 | 112 | 49 |
| | | Terminations | 475 | 9,317 | 13,136 | 6,239 | 18,283 | 7,137 | 930 | 1,073 | 1,277 | 3,427 | 3,094 | 1,544 | 3,728 | 86 | 48 |
| | | Pending | 769 | 8,804 | 14,477 | 7,565 | 14,568 | 5,213 | 756 | 1,265 | 1,306 | 4,324 | 3,027 | 1,217 | 3,322 | 372 | 105 |
| | Percent Change in Total Filings Current Year | Over Last Year | -7.6 | 19.8 | 43.3 | 5.1 | 6.0 | 29.7 | -6.5 | 0.0 | 17.8 | 3.2 | 3.6 | 7.0 | 12.5 | 12.0 | -36.4 |
| | | Over 2020 | -3.7 | 91.2 | 20.2 | 19.0 | 9.0 | 1.1 | -16.2 | 6.4 | 18.6 | -5.3 | -2.8 | -20.6 | 6.6 | -22.8 | 0.0 |
| | Number of Judgeships | | 3 | 13 | 14 | 6 | 28 | 13 | 4 | 2 | 3 | 7 | 6 | 4 | 7 | 1 | 1 |
| | Vacant Judgeship Months¹ | | 23.0 | | | | 12.0 | | | | | | | | | | |
| **Actions per Judgeship** | Filings | Total | 174 | 1,369 | 859 | 1,004 | 687 | 703 | 214 | 569 | 479 | 501 | 507 | 404 | 578 | 112 | 49 |
| | | Civil | 121 | 417 | 772 | 881 | 608 | 243 | 155 | 339 | 263 | 428 | 368 | 211 | 493 | 45 | 11 |
| | | Criminal Felony | 52 | 844 | 24 | 55 | 47 | 341 | 26 | 153 | 153 | 29 | 88 | 95 | 49 | 37 | 26 |
| | | Supervised Release Hearings | 1 | 108 | 63 | 69 | 32 | 119 | 33 | 78 | 63 | 45 | 51 | 98 | 35 | 30 | 12 |
| | Pending Cases | | 256 | 677 | 1,034 | 1,261 | 520 | 401 | 189 | 633 | 435 | 618 | 505 | 304 | 475 | 372 | 105 |
| | Weighted Filings¹ | | 194 | 808 | 705 | 843 | 731 | 533 | 190 | 543 | 465 | 445 | 466 | 314 | 532 | - | - |
| | Terminations | | 158 | 717 | 938 | 1,040 | 653 | 549 | 233 | 537 | 426 | 490 | 516 | 386 | 533 | 86 | 48 |
| | Trials Completed | | 8 | 10 | 9 | 17 | 10 | 8 | 6 | 15 | 51 | 11 | 10 | 18 | 12 | 5 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.8 | 4.8 | 17.6 | 31.4 | 18.0 | 5.8 | 20.0 | 11.9 | 9.7 | 16.1 | 16.3 | 15.0 | 13.7 | 11.1 | 4.8 |
| | | Civil¹ | 11.7 | 6.2 | 20.5 | 8.1 | 3.9 | 5.8 | 5.2 | 10.0 | 9.6 | 8.2 | 9.6 | 6.4 | 6.2 | 16.7 | 9.6 |
| | From Filing to Trial¹ (Civil Only) | | - | 41.8 | 37.6 | 64.5 | 26.5 | 38.1 | - | - | - | 59.6 | 36.7 | - | 24.3 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old¹ | | 76 | 170 | 2,346 | 1,103 | 817 | 220 | 44 | 100 | 80 | 549 | 229 | 56 | 148 | 240 | 18 |
| | | | 17.7 | 3.4 | 17.4 | 18.8 | 7.3 | 9.1 | 9.9 | 12.5 | 11.4 | 15.5 | 10.1 | 8.2 | 5.6 | 81.9 | 43.9 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.0 | 1.2 | 1.3 | 1.4 | 1.2 | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | 1.2 | 1.5 | 1.4 | 1.6 |
| | Jurors | Avg. Present for Jury Selection | 72.6 | 45.8 | 52.7 | 41.8 | 66.8 | 57.5 | 69.6 | 37.4 | 43.7 | 39.7 | 38.1 | 53.6 | 38.9 | 310.0 | 116.0 |
| | | Percent Not Selected or Challenged | 47.7 | 28.7 | 39.4 | 47.5 | 71.5 | 39.4 | 37.3 | 41.8 | 31.8 | 25.3 | 30.2 | 30.4 | 26.8 | 81.1 | 52.6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Tenth Circuit — 12-Month Period Ending June 30, 2025**

|  |  |  | CO | KS | NM | OK,N | OK,E | OK,W | UT | WY |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 4,408 | 1,938 | 4,483 | 1,310 | 825 | 2,227 | 2,326 | 635 |
| | Terminations | | 4,052 | 1,805 | 4,191 | 1,418 | 796 | 2,151 | 2,392 | 613 |
| | Pending | | 4,165 | 1,724 | 3,094 | 1,062 | 786 | 1,773 | 2,486 | 1,132 |
| | Percent Change in Total Filings Current Year | Over Last Year | 5.2 | 6.5 | 20.0 | 3.1 | 13.3 | 8.1 | 2.7 | 4.6 |
| | | Over 2020 | 2.9 | -13.2 | -26.8 | 22.3 | 38.7 | 17.8 | 3.7 | 3.3 |
| | Number of Judgeships | | 7 | 6 | 7 | 4 | 1 | 6 | 5 | 3 |
| | Vacant Judgeship Months ¹ | | | 12.0 | | 3.0 | | | | |
| **Actions per Judgeship** | Filings | Total | 630 | 323 | 640 | 328 | 825 | 371 | 465 | 212 |
| | | Civil | 547 | 226 | 180 | 165 | 501 | 244 | 262 | 100 |
| | | Criminal Felony | 62 | 68 | 348 | 123 | 262 | 93 | 135 | 66 |
| | | Supervised Release Hearings | 21 | 30 | 112 | 40 | 62 | 35 | 69 | 46 |
| | Pending Cases | | 595 | 287 | 442 | 266 | 786 | 296 | 497 | 377 |
| | Weighted Filings ¹ | | 669 | 318 | 410 | 340 | 845 | 358 | 452 | 190 |
| | Terminations | | 579 | 301 | 599 | 355 | 796 | 359 | 478 | 204 |
| | Trials Completed | | 15 | 17 | 14 | 18 | 63 | 21 | 7 | 11 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.0 | 14.5 | 2.7 | 11.2 | 11.9 | 9.2 | 12.8 | 5.4 |
| | | Civil ¹ | 7.4 | 7.0 | 7.8 | 6.4 | 7.4 | 6.9 | 9.0 | 8.8 |
| | From Filing to Trial ¹ (Civil Only) | | 40.0 | 20.4 | - | - | - | - | - | 18.4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 197 | 46 | 135 | 83 | 38 | 78 | 190 | 220 |
| | | | 5.7 | 4.5 | 9.8 | 13.4 | 7.2 | 6.6 | 12.2 | 45.4 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.3 | 1.0 | 1.2 | 1.1 | 1.3 | 1.2 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 41.1 | 38.5 | 61.9 | 49.7 | 44.9 | 45.8 | 55.7 | 57.2 |
| | | Percent Not Selected or Challenged | 27.7 | 32.6 | 31.9 | 29.3 | 32.6 | 29.2 | 32.5 | 34.3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Eleventh Circuit — 12-Month Period Ending June 30, 2025**

| | | | AL,N | AL,M | AL,S | FL,N | FL,M | FL,S | GA,N | GA,M | GA,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 2,816 | 1,358 | 1,030 | 2,848 | 11,092 | 11,377 | 8,632 | 1,818 | 1,539 |
| | | Terminations | 2,517 | 1,201 | 956 | 233,520 | 10,952 | 10,976 | 8,178 | 1,681 | 1,344 |
| | | Pending | 3,068 | 1,454 | 992 | 2,243 | 8,606 | 5,970 | 6,161 | 1,661 | 1,368 |
| | Percent Change in Total Filings Current Year | Over Last Year | 10.0 | 31.2 | 5.7 | -94.3 | 0.4 | 9.6 | 13.0 | 19.1 | 12.7 |
| | | Over 2020 | 1.8 | 1.4 | -36.8 | -98.2 | 5.2 | -2.9 | 15.2 | -5.5 | -11.4 |
| | Number of Judgeships | | 8 | 3 | 3 | 4 | 15 | 18 | 11 | 4 | 3 |
| | Vacant Judgeship Months [1] | | 17.0 | 12.0 | | | 31.0 | 12.0 | 1.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 352 | 453 | 343 | 712 | 739 | 632 | 785 | 455 | 513 |
| | | Civil | 255 | 325 | 179 | 599 | 604 | 515 | 714 | 351 | 370 |
| | | Criminal Felony | 64 | 118 | 102 | 84 | 108 | 88 | 49 | 87 | 93 |
| | | Supervised Release Hearings | 33 | 9 | 62 | 30 | 28 | 29 | 21 | 17 | 50 |
| | Pending Cases | | 384 | 485 | 331 | 561 | 574 | 332 | 560 | 415 | 456 |
| | Weighted Filings [1] | | 326 | 465 | 326 | 605 | 705 | 663 | 724 | 419 | 458 |
| | Terminations | | 315 | 400 | 319 | 58,380 | 730 | 610 | 743 | 420 | 448 |
| | Trials Completed | | 19 | 10 | 20 | 22 | 17 | 24 | 19 | 11 | 17 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.4 | 9.4 | 8.7 | 8.1 | 9.5 | 6.8 | 11.5 | 14.4 | 11.7 |
| | | Civil [1] | 9.0 | 7.8 | 8.4 | 48.2 | 5.8 | 3.5 | 4.4 | 7.3 | 6.9 |
| | From Filing to Trial [1] (Civil Only) | | 34.4 | - | - | - | 26.2 | 21.8 | 35.9 | 29.7 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 372 | 157 | 34 | 113 | 475 | 106 | 147 | 96 | 78 |
| | | | 16.0 | 16.1 | 5.9 | 6.3 | 7.5 | 2.6 | 3.0 | 8.5 | 8.9 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.3 | 1.4 | 1.1 | 1.3 | 1.4 | 1.2 | 1.9 | 1.8 |
| | Jurors | Avg. Present for Jury Selection | 33.1 | 41.9 | 40.4 | 44.9 | 48.4 | 47.1 | 44.3 | 33.4 | 53.5 |
| | | Percent Not Selected or Challenged | 36.1 | 24.9 | 30.9 | 28.1 | 32.8 | 12.1 | 42.3 | 52.4 | 46.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."