SHOOK, HARDY & BACON L.L.P.
Rachel A. Straus (SBN 268836)
rstraus@shb.com
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:  424.285.8330
Facsimile:   424.204.9093

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    vs.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>             Defendants. | Case No. 4:25-cv-06614-YGR<br><br>Assigned to:<br>Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF CONNIE ENRIQUEZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(3), OR IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)**<br><br>Date:       December 9, 2025<br>Time:      2 pm<br>Place:     Ctrm 1 – 4th Floor |

4908-6618-0724 v1

I, Connie Enriquez, do say and declare:

1. I am the Vice President of Human Resources of Bosley, Inc., which I understand is a defendant in this action, along with Bosley Medical Group (together, "Defendants"). I know all facts stated herein of my own personal knowledge and, if called as a witness, could and would testify competently thereto.

2. I submit this Declaration in support of Defendants' Motion to Dismiss for Improper Venue, or in the Alternative to Transfer Venue to the Central District of California in the above-referenced case, which I understand concerns Defendants' alleged use of advertising tracking pixels on Bosley's website.

3. I have served as VP of Human Resources since February 10, 2022. In total, I have worked at Bosley for more than 3 years. I am familiar with Bosley's business operations, including the matters addressed herein.

4. Bosley, Inc. is, among other things, a provider of hair restoration services and hair transplantation surgeries. Bosley, Inc. is incorporated in Delaware, and maintains its corporate headquarters and principal place of business in Beverly Hills, Los Angeles, California. Bosley, Inc. operates approximately 70 hair transplant locations and consultation offices across the United States.

5. Bosley, Inc. employs approximately 370 employees across the United States. Most of Bosley, Inc.'s employees, including its executive-level employees, are located at Bosley's corporate headquarters in Beverly Hills, California.

6. Bosley Medical Group is a professional medical corporation incorporated in California. Bosley, Inc., is the service provider for Bosley Medical Group. It maintains its corporate headquarters in Conshohocken, Pennsylvania. Bosley Medical Group is a separate legal entity from Bosley, Inc.

7. Bosley Medical Group has one employee who is located in Los Angeles, California.

4908-6618-0724 v1

8. Defendants operate a website under the domain name www.bosley.com (the "Website"), which allows patients and prospective patients to schedule hair restoration and transplant consultations at Bosley's hair transplant locations and consultation offices across the United States. The Website is maintained and operated by Bosley, Inc. employees located at Bosley, Inc.'s corporate headquarters in Beverly Hills, California.

9. Based on my understanding of the facts alleged in this lawsuit, I believe that the individuals most likely to possess information and records relevant to this lawsuit—including the purported use of advertising pixel technology on Bosley's Website—are employed at Bosley, Inc.'s corporate headquarters in Beverly Hills, California.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Beverly Hills, on the 20th day of October, 2025.

*Connie Enriquez*

_____
Connie Enriquez

-3-

4908-6618-0724 v1