| | |
|---|---|
| 1 | SHOOK, HARDY & BACON L.L.P. |
| | Rachel A. Straus (SBN 268836) |
| 2 | rstraus@shb.com |
| | 2049 Century Park East, Suite 3000 |
| 3 | Los Angeles, California 90067 |
| | Telephone:   424.285.8330 |
| 4 | Facsimile:    424.204.9093 |
| 5 | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>   vs.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>  Defendants. | Case No. 4:25-cv-06614-YGR<br><br>Assigned to:<br>Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF RACHEL A. STRAUS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE**<br><br>Date:     December 9, 2025<br>Time:    2 pm<br>Place:    Ctrm 1 – 4th Floor |

1  I, Rachel A. Straus, declare and state as follows:

2  1.  I am an attorney licensed to practice before all of the courts of the State of California and I am admitted in the Northern District of California. I am one of the attorneys for Defendants Bosley Inc. and Bosley Medical Group (collectively, "Bosley") in the above-entitled action. This declaration is based upon my personal knowledge. If called upon as a witness, I could and would competently testify as to the facts set forth therein.

2.  On October 20, 2025, I visited www.tiktok.com/about and printed that page from TikTok's website. Attached as Exhibit 1 to the accompanying Request for Judicial Notice ("RJN") is a true and correct copy of the www.tiktok.com/about page from TikTok's website.

3.  On October 20, 2025, I visited www.uscourts.gov/sites/default/files/document/fcms_na_distcomparison0630.2025.pdf and printed the 2025 report from United States Courts, Federal Case Management Statistics entitled "Comparison of Districts Within the First Circuit - 12-Month Period Ending June 30, 2025." A true and correct copy of the June 2025 Report from United States Courts, Federal Case Management Statistics entitled "Comparison of Districts Within the First Circuit - 12-Month Period Ending June 30, 2025" that I printed from the www.uscourts.gove website is attached as Exhibit 2 to the RJN.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct.

Dated: October 20, 2025                                    */s/ Rachel A. Straus*
                                                                            Rachel A. Straus

-2-