1    SHOOK, HARDY & BACON L.L.P.
     Rachel A. Straus (SBN 268836)
2    rstraus@shb.com
     Saman M. Rejali (SBN 274517)
3    srejali@shb.com
     2049 Century Park East, Suite 3000
4    Los Angeles, California 90067
     Telephone:    424.285.8330
5    Facsimile:    424.204.9093

6    Attorneys for Defendants

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND

11   ALEXANDER SISTI, individually and on behalf of
     all others similarly situated,                         Case No. 4:25-cv-06614-YGR
12
                          Plaintiff,                        Assigned to:
13                                                          Hon. Yvonne Gonzalez Rogers
            vs.
14                                                          **[PROPOSED] ORDER GRANTING
     BOSLEY INC.; and BOSLEY MEDICAL GROUP,                 DEFENDANTS' MOTION TO
15   a medical corporation;                                 DISMISS, OR IN THE
                                                            ALTERNATIVE, TRANSFER VENUE**
16                        Defendants.
                                                            Date:     December 9, 2025
17                                                          Time:     2:00 p.m.
                                                            Place:    Oakland Ctrm. 1 – 4th Flr.
18

19

20

21

22

23

24

25

26

27

28

1    The Motion to Dismiss, or in the Alternative, Transfer Venue filed by Defendants came on

2    regularly for hearing before the Court on December 9, 2025, in the Oakland Courtroom 1 – 4th Floor,

3    of the above-entitled Court, the Honorable Yvonne Gonzalez Rogers presiding.

4    Having considered the moving papers, the evidence submitted, any opposition and reply, and

5    arguments of counsel, and good cause appearing therefor, the Court finds as follows:

6    **IT IS HEREBY ORDERED:**

7

8    Dated: _____, 2025

9

10   _____
     Hon. Yvonne Gonzalez Rogers
     JUDGE OF THE UNITED STATES
     DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1