1  **HEDIN LLP**
   Frank S. Hedin (SBN 291289)
2  1395 Brickell Avenue, Suite 610
   Miami, FL 33131
3  Telephone: (305) 357-2107
   E-mail: fhedin@hedinllp.com
4
5  *Attorney for Plaintiff and Putative Class*

6  Rachel A. Straus (SBN 268836)
   rstraus@shb.com
7  Saman M. Rejali (SBN 274517)
8  srejali@shb.com
   **SHOOK, HARDY & BACON L.L.P.**
9  2121 Avenue of the Stars, Suite 1400
   Los Angeles, California 90067
10 Telephone: (424) 285-8330
   Facsimile: (424) 204-9093
11
12 *Attorney for Defendants*

13
                     **UNITED STATES DISTRICT COURT**
14                   **NORTHERN DISTRICT OF CALIFORNIA**
15

| ALEXANDER SISTI, individually and on behalf of all others similarly situated, | Case No.: 4:25-cv-06614-YGR |
|---|---|
| Plaintiff, | Assigned to: Hon. Yvonne Gonzalez Rogers |
| v. | |
| BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation; | **STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** |
| Defendants. | |

WHEREAS, on August 5, 2025, Plaintiff Alexander Sisti ("Plaintiff") filed his complaint (the "Complaint") in the United States District Court for the Northern District of California (ECF No. 1);

WHEREAS, as of August 14, 2025, Plaintiff served the Complaint on the Defendants;

WHEREAS, on October 6, 2025, the Court granted the parties' *Stipulation to Extend Time to Respond to Initial Complaint* (ECF No. 14) to allow Defendants until October 20, 2025 to respond to the Complaint;

1
STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

WHEREAS, on October 20, 2025, Defendants filed their *Motion to Dismiss Plaintiffs' Class Action Complaint* (ECF No. 17) (the "Motion to Dismiss") and their *Motion to Dismiss, or in the Alternative, Transfer Venue* (ECF No. 18) (the "Motion to Transfer Venue");

WHEREAS, the current deadline for Plaintiff to file responsive pleadings to the Motion to Dismiss and Motion to Transfer Venue is November 3, 2025;

WHEREAS, Plaintiff has agreed to resolve the Motion to Transfer Venue by stipulating to a transfer of this Case to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(b);

WHEREAS, the parties have agreed, subject to Court approval, that this Case should be transferred to the Central District of California;

WHEREAS, good cause exists for vacating the dates set forth in the Court's Initial Case Management Scheduling Order (ECF No. 5) and the Clerk's Notice Setting Case Management Conference (ECF No. 12) to facilitate the transfer of venue to the Central District of California;

WHEREAS, Defendants have agreed that the current deadlines for Plaintiff's responsive pleadings should be continued until a new hearing date is set by the Central District of California, either *sua sponte* or via stipulation of the parties;

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree that the above-captioned Case should be transferred to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(b), that Plaintiff's deadline for filing responsive pleadings to the Motion to Dismiss should be continued until a new briefing schedule is established, and that the Initial Case Management Scheduling Order (ECF No. 5) and Clerk's Notice Setting Case Management Conference (ECF No. 12) entered in this Case be vacated to facilitate the transfer of venue.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: 10/28/2025 | | **HEDIN LLP** |
| | By: | /s/ *Frank S. Hedin* |
| | | FRANK S. HEDIN |
| | | Attorney for Plaintiff Alexander Sisti |
| Dated: 10/28/2025 | | **SHOOK, HARDY & BACON L.L.P.** |
| | By: | /s/ *Saman M. Rejali* |
| | | SAMAN M. REJALI |
| | | Attorney for Defendants Bosley Inc. and Bosley Medical Group |

ATTESTATION OF SIGNATURE I hereby attest that the other Signatory has concurred in the filing of this document.