1

2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

3    ALEXANDER SISTI, individually and on
behalf of all others similarly situated,

4                    Plaintiff,

5              v.

6    BOSLEY INC.; and BOSLEY MEDICAL
GROUP, a medical corporation;

7                    Defendants.

8

9

Case No.: 4:25-cv-06614-YGR

Assigned to:
Hon. Yvonne Gonzalez Rogers

**[PROPOSED] ORDER GRANTING
STIPULATION TO TRANSFER VENUE
TO THE UNITED STATES DISTRICT
COURT FOR THE CENTRAL DISTRICT
OF CALIFORNIA**

10         The Court, having reviewed the parties' Stipulation to Transfer Venue to the United States

11   District Court for the Central District of California, hereby ORDERS as follows:

12         The above-captioned Case is hereby transferred to the United States District Court for the

13   Central District of California;

14         The Motion to Transfer Venue (ECF No. 18) is hereby DISMISSED AS MOOT;

15         Plaintiff's deadline to file responsive pleadings to the Motion to Dismiss (ECF No. 17) is

16   hereby continued until a new briefing schedule is noticed by the Central District of California;

17         The Initial Case Management Scheduling Order (ECF No. 5) and Clerk's Notice Setting Case

18   Management Conference (ECF No. 12) entered in this Case are hereby VACATED.

19

20   **IT IS SO ORDERED.**

21   Dated:

22

23                                          _____

24                                          HON. YVONNE GONZALEZ ROGERS

25                                          Judge of the United States District Court for the
                                            Northern District of California
26

27

28

4