# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXANDER SISTI**,<br><br>Plaintiff,<br><br>v.<br><br>**BOSLEY, INC., ET AL.**,<br><br>Defendants. | **Case No.: 4:25-cv-06614-YGR**<br><br>**ORDER GRANTING TRANSFER OF VENUE PURSUANT TO 28 U.S.C. § 1404(a); DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO TRANSFER; CONTINUING DEADLINES TO FILE RESPONSIVE PLEADINGS TO DEFENDANTS' MOTION TO DISMISS; CONTINUING CASE MANAGEMENT DEADLINES**<br><br>Re: Dkt. Nos. 17, 18, 19 |

Pending before the Court is defendant Bosley Inc.'s and defendant Bosley Medical Group's motion to dismiss for improper venue or, in the alternative, to transfer the case to the United States District Court for the Central District of California, which they filed on October 20, 2025 contemporaneously with their motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).[1] Subsequently, on October 28, 2025, all parties filed a stipulation agreeing to defendants' requested transfer "pursuant to 28 U.S.C. § 1404(b)" and requesting that this Court order the case transferred. Dkt. No. 19.

Section 1404(b) only authorizes the Court to transfer a case "from the division in which [the case is] pending to any other division in the same district." 28 U.S.C. § 1404(b). However, under section 1404(a), the Court may, "[f]or the convenience of parties and witnesses, in the interest of justice," transfer a case "to any district or division to which all parties have consented."

---

[1] Dkt. No. 18, Notice of Motion and Motion to Dismiss, or in the Alternative, Transfer Venue ["Motion to Transfer"]; Dkt. No. 17, Notice of Motion and Motion to Dismiss Plaintiffs' Class Action Complaint ["Motion to Dismiss"].

*Id.* § 1404(a). That is the basis upon which the Motion to Transfer was brought, so the Court interprets the reference to Section 1404(b) to be a typographical error.

Accordingly, pursuant to section 1404(a) and the parties' stipulation, the Court hereby **ORDERS** that:

1. This action is **TRANSFERRED** to the United States District Court for the Central District of California;
2. Defendants' Motion to Transfer is **DENIED WITHOUT PREJUDICE** as moot;
3. Responsive deadlines for defendants' Motion to Dismiss are **CONTINUED** until a new hearing for that motion is noticed in the United States District Court for the Central District of California; and
4. The deadlines noticed in the Initial Case Management Scheduling Order (Dkt. No. 5) and Clerk's Notice Setting Case Management Conference (Dkt. No. 12) are **CONTINUED** until they are re-scheduled by the United States District Court for the Central District of California.

The Clerk of Court shall transfer the file in this action to the United States District Court for the Central District of California.

This Order terminates Docket Nos. 18 and 19.

**IT IS SO ORDERED**

Date: November 3, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**