## U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:25−cv−06614−YGR

| | |
|---|---|
| Sisti v. Bosley, Inc. et al | Date Filed: 08/05/2025 |
| Assigned to: Judge Yvonne Gonzalez Rogers | Date Terminated: 11/03/2025 |
| Demand: $5,000,000 | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Alexander Sisti**  represented by  **Frank S. Hedin**
*individually and on behalf of all others*  Hedin LLP
*similarly situated*  1395 Brickell Ave
  Suite 1140
  Miami, FL 33131
  305−357−2107
  Email: fhedin@hedinllp.com
  *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Bosley, Inc.**  represented by  **Rachel Aleeza Straus**
  Shook, Hardy & Bacon L. L. P.
  2121 Avenue of the Stars
  Ste 1400
  Los Angeles, CA 90067
  424−285−8330
  Fax: 424−204−9093
  Email: rstraus@shb.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Saman M. Rejali**
  Shook, Hardy & Bacon LLP
  2121 Avenue of the Stars
  Ste 1400
  Los Angeles, CA 90067
  424−285−8330
  Fax: 424−204−9093
  Email: srejali@shb.com
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Bosley Medical Group**  represented by  **Rachel Aleeza Straus**
*a medical corporation*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

Saman M. Rejali
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2025 | Ï 1 | COMPLAINT against Bosley Medical Group, Bosley, Inc. ( Filing fee $ 405, receipt number ACANDC−20976348.). Filed by Alexander Sisti. (Hedin, Frank) (Filed on 8/5/2025) (Entered: 08/05/2025) |
| 08/05/2025 | Ï 2 | Proposed Summons. (Hedin, Frank) (Filed on 8/5/2025) (Entered: 08/05/2025) |
| 08/05/2025 | Ï 3 | Proposed Summons. (Hedin, Frank) (Filed on 8/5/2025) (Entered: 08/05/2025) |
| 08/06/2025 | Ï 4 | Case assigned to Magistrate Judge Alex G. Tse. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 8/20/2025. (cv, COURT STAFF) (Filed on 8/6/2025) (Entered: 08/06/2025) |
| 08/06/2025 | Ï 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 10/31/2025. Initial Case Management Conference set for 11/7/2025 02:00 PM in San Francisco − To be held by Zoom. (dhm, COURT STAFF) (Filed on 8/6/2025) (Entered: 08/07/2025)** |
| 08/07/2025 | Ï 6 | Summons Issued as to Bosley Medical Group, Bosley, Inc.. (dhm, COURT STAFF) (Filed on 8/7/2025) (Entered: 08/07/2025) |
| 08/18/2025 | Ï 7 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Alexander Sisti.. (Hedin, Frank) (Filed on 8/18/2025) (Entered: 08/18/2025) |
| 08/19/2025 | Ï 8 | SUMMONS Returned Executed by Alexander Sisti. Bosley Medical Group served on 8/14/2025, answer due 9/4/2025. (Hedin, Frank) (Filed on 8/19/2025) (Entered: 08/19/2025) |
| 08/19/2025 | Ï 9 | SUMMONS Returned Executed by Alexander Sisti. Bosley, Inc. served on 8/14/2025, answer due 9/4/2025. (Hedin, Frank) (Filed on 8/19/2025) (Entered: 08/19/2025) |
| 08/21/2025 | Ï 10 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now reassign this case to a District Judge because a party has not consented to the jurisdiction of a Magistrate Judge. You will be informed by separate notice of the district judge to whom this case is reassigned. ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. *This is a text only docket entry; there is no document associated with this notice.* (shy, COURT STAFF) (Filed on 8/21/2025) (Entered: 08/21/2025) |
| 08/22/2025 | Ï 11 | **ORDER REASSIGNING CASE** |

| | | |
|---|---|---|
| | | IT IS ORDERED that this case is reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to Judge Yvonne Gonzalez Rogers. Magistrate Judge Alex G. Tse no longer assigned to the case.<br><br>Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.<br><br>Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and cand.uscourts.gov/cameras.<br><br>Mark B. Busby<br>Clerk, United States District Court<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*<br><br>(mbc, COURT STAFF) (Filed on 8/22/2025) (Entered: 08/22/2025) |
| 08/25/2025 | 12 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. You are hereby notified that the Initial Case Management Conference will be held by Zoom Webinar. Joint Case Management Statement is due by 11/10/2025. Initial Case Management Conference set for 11/17/2025, at 02:00 PM in Oakland, – Videoconference Only.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ygr<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at YGRCRD@cand.uscourts.gov no later than November 14, 2025, at 12:00 PM PST.<br><br>**Civ LR 77−3(d).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>(eac, COURT STAFF) (Filed on 8/25/2025) (Entered: 08/25/2025) |
| 09/03/2025 | 13 | STIPULATION re 1 Complaint filed by Bosley, Inc., Bosley Medical Group. (Rejali, Saman) (Filed on 9/3/2025) (Entered: 09/03/2025) |
| 10/02/2025 | 14 | STIPULATION WITH PROPOSED ORDER re 13 Stipulation *to Extend Time to Respond to Initial Complaint* filed by Bosley, Inc., Bosley Medical Group. (Attachments: # 1 Proposed Order)(Straus, Rachel) (Filed on 10/2/2025) (Entered: 10/02/2025) |
| 10/06/2025 | 15 | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT by Judge Yvonne Gonzalez Rogers Granting 14 Stipulation.**<br>**Defendant's Response to Complaint due by 10/20/2025.**<br>**(eac, COURT STAFF) (Filed on 10/6/2025) (Entered: 10/06/2025)** |
| 10/17/2025 | 16 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Hedin, Frank) (Filed on |

| | | |
|---|---|---|
| | | 10/17/2025) (Entered: 10/17/2025) |
| 10/20/2025 | 17 | MOTION to Dismiss *Plaintiffs' Class Action Complaint* filed by Bosley, Inc., Bosley Medical Group. Motion to Dismiss Hearing set for 12/9/2025 02:00 PM in Oakland, Courtroom 1, 4th Floor. Responses due by 11/3/2025. Replies due by 11/10/2025. (Attachments: # 1 Memorandum of Points and Authorities in Support of Motion, # 2 Request for Judicial Notice iso of Motion, # 3 Exhibit A to Request for Judicial Notice, # 4 Exhibit B to Request for Judicial Notice, # 5 Exhibit C to Request for Judicial Notice, # 6 Declaration of Rachel A. Straus iso Motion, # 7 Proposed Order)(Rejali, Saman) (Filed on 10/20/2025) (Entered: 10/20/2025) |
| 10/20/2025 | 18 | MOTION to Dismiss *, or in the Alternative, Transfer Venue* filed by Bosley, Inc., Bosley Medical Group. Motion to Dismiss Hearing set for 12/9/2025 02:00 PM in Oakland, Courtroom 1, 4th Floor. Responses due by 11/3/2025. Replies due by 11/10/2025. (Attachments: # 1 Memorandum of Points and Authorities in Support of Motion, # 2 Request for Judicial Notice iso of Motion, # 3 Exhibit 1 to Request for Judicial Notice, # 4 Exhibit 2 to Request for Judicial Notice, # 5 Declaration of Connie Enriquez iso Motion, # 6 Declaration of Rachel A. Straus iso Motion, # 7 Proposed Order)(Rejali, Saman) (Filed on 10/20/2025) (Entered: 10/20/2025) |
| 10/28/2025 | 19 | STIPULATION WITH PROPOSED ORDER filed by Alexander Sisti. (Attachments: # 1 Proposed Order)(Hedin, Frank) (Filed on 10/28/2025) (Entered: 10/28/2025) |
| 11/03/2025 | 20 | **ORDER GRANTING TRANSFER OF VENUE PURSUANT TO 28 U.S.C. § 1404(a); DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO TRANSFER; CONTINUING DEADLINES TO FILE RESPONSIVE PLEADINGS TO DEFENDANTS' MOTION TO DISMISS; CONTINUING CASE MANAGEMENT DEADLINES by Judge Yvonne Gonzalez Rogers Granting 18 Motion to Transfer Venue; Denying 19 Stipulation. (eac, COURT STAFF) (Filed on 11/3/2025) (Entered: 11/03/2025)** |
| 11/03/2025 |  | ***Civil Case Terminated. (dhm, COURT STAFF) (Filed on 11/3/2025) (Entered: 11/04/2025) |