SHOOK, HARDY & BACON L.L.P.
Saman M. Rejali (SBN 274517)
srejali@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:  424.285.8330
Facsimile:   424.204.9093

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>  Defendants. | Case No. 2:25-cv-10669-JFW-DFM<br><br>Assigned to: Hon. John F. Walter<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Date: February 23, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 7A - 7th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 23, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard in Los Angeles Courtroom 7A – 7th Floor, of the above-captioned Court, located at the First Street U.S. Courthouse on 350 W. 1st Street, Suite 4311, Los Angeles, California, Defendants Bosley Inc. and Bosley Medical Group (the "Defendants") will and hereby do move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an order granting the Defendants' motion to dismiss Plaintiff's class action complaint.

This motion is made on the grounds that:

1. Plaintiff lacks Article III standing because he has failed to allege a concrete injury-in-fact;
2. Plaintiff affirmatively consented to the alleged disclosures, defeating all of his claims;
3. Plaintiff's claims fail to state a claim upon which relief can be granted under Rule 12(b)(6).

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Saman M. Rejali, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Lead counsel for the parties met and conferred regarding this motion on December 17, 2025, as further set forth in the *Joint Statement Regarding Compliance With Local Rule 7-3 Conference On Defendants' Motion To Dismiss Plaintiff's Class Action Complaint*.

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: December 19, 2025 | Respectfully submitted, |
| 2 | | **SHOOK, HARDY & BACON L.L.P.** |
| 3 | | By: */s/ Saman M. Rejali* |
| 4 | | SAMAN M. REJALI |
| 5 | | RACHEL A. STRAUS |
| 6 | | Attorneys for Defendants BOSLEY INC.; and BOSLEY MEDICAL GROUP |

## CERTIFICATE OF SERVICE

I, Saman M. Rejali, hereby certify that I served a true and correct copy of the foregoing on all parties of record via CM/ECF on December 19, 2025.