# EXHIBIT B

**Season Of Savings Are Here >>>**

Years of Innovation in Hair Restoration

# Terms of Use

# COMPANY PRACTICES REGARDING YOUR PRIVACY

We at Bosley Inc. are committed to respecting your online privacy and recognize your need for appropriate protection and management of any information you share with us by using our web site. The confidentiality of the medical records of all Bosley patients has been and continues to be strictly protected. We release medical information regarding one of our patients whenever the patient instructs us to do so, or whenever we are required to do so by legal process.

Bosley Inc. has established the following Online Privacy Policy so that you can understand the care with which we intend to treat your information. This policy describes the overall privacy practices of Bosley regarding information we collect on our website and through our other Internet advertising mediums, including but not limited to email, newsletters, and leave-behinds. This policy does not apply to the practices of companies that Bosley does not own or control, or to people that Bosley does not employ.

No mobile phone number information will be shared with third parties/affiliates for marketing/promotional purposes without consent. All other categories exclude text messaging originator opt-in data and consent; this information will not be shared with any third parties without consent.

# YOUR CALIFORNIA PRIVACY RIGHTS

California has passed legislation requiring certain specific disclosures be made available to California residents who use the Internet and provide information that may be used for marketing purposes. That legislation requires any business that discloses a customer's personal information (as defined by the act) to any third party for direct marketing purposes to provide the customer a method for obtaining the names, addresses and certain other specified details of anyone who might have received that personal information.

If you are a California resident you may request this information from Bosley by writing to us via email at Bosley@bosley.com or you may send us correspondence at the following address: Bosley Inc. Attn: Marketing; 9100 Wilshire Blvd, 9th Floor East Tower, Beverly Hills, CA 90212 . Bosley is not obligated to respond to more than one such request from a customer per calendar year.

# INFORMATION COLLECTED BY BOSLEY

## INTRODUCTION

Thank you for visiting our website. Bosley Inc. ("Bosley", "we", "us" or "our") respects your privacy. We are committed to ensuring that the information you provide to Bosley on or outside this website and or the information we collect from you is only used in accordance to the terms

of this privacy policy. This privacy policy sets forth our practices for collecting, using, maintaining, protecting, and disclosing your information, including your personal information (as defined below).

Please read these terms carefully.

By accessing and using the website you are consenting to be bound by Bosley's privacy policy and this website's terms of use in effect at the time of your use. The terms in this privacy policy also apply to the personal information you provide to us through any means. This privacy policy is not negotiable. If you do not agree to be bound by any of the terms contained in this privacy policy or in our terms of use, you disagree with our information collection or disclosure practices, or you are not legally able to contract in your place of residence by reason of your age (you are younger than 18 years of age) or other, then you should not access or use the website or our services for any purpose (see also our children's privacy section).

This privacy policy may change from time to time (see changes to our privacy policy section). Your continued use of this website and or our services, and or your failure to revoke your consent after you provide us with your information, including your personal information, or after we make any changes to this privacy policy will be deemed to be an acceptance of any new terms. By using our website and or entering into an agreement with us for services, you agree to be solely responsible for checking this privacy policy periodically for updates.

## WHAT DOES THIS PRIVACY POLICY GOVERN?

This privacy policy governs all information, including personal information, that Bosley collects from you directly, indirectly, and or automatically, in person at any one of our locations, through any feature in this website (including chats and comments), or via email, text, telephone and any other electronic means, tools or applications, including social media sites which link you to or reference this privacy policy.

## WHAT INFORMATION DO WE COLLECT?

We collect several types of information from and about our customers, prospective customers, and users of our website, including but not limited to information which personally identifies you, for instance, name, postal address, e-mail address, telephone number ("Personal Information"), and information which on its own would not identify you, such as your gender, ethnicity, internet connection, "IP" address, the equipment you use, and your usage details over time. All of the information we collect, may eventually be attached to your profile once you become a client/provide us with your Personal Information. We will refer to the information which is collected automatically and which does not identify you together with your Personal Information, collectively, as "Information."

## HOW AND WHEN DO WE COLLECT INFORMATION?

Bosley collects Information, from you in different ways or at different points in time, including but not limited to:

**1. Directly from you:**

- When you provide us your Personal Information, in person, during a telephone or video call, or via the website.

- When you interact with our website, including but not limited to, through an interactive feature such as an interactive quiz, and or a third party platform, by posting comments or reviews about us, or when you initiate a live chat with one of our representatives.

- When you fill out any Bosley form whether in person or on our website, including but not limited to, the forms to receive Bosley's information kit (a.k.a. Solutions Guide and Complete Book on Hair Restoration), schedule a consultation, to make a purchase, request service and product information, to report a problem with our website or services, to receive communications, to receive Bosley offers, to participate in a sweepstake, quiz, game, or survey ("Form").

- When you correspond with us by sending us an email, a letter, a message through social media, or through any other form of electronic communication.

**2. Indirectly:**

- From third parties with whom we have a relationship, contractual or other, including but not limited to our marketing partners, business affiliates, data brokers, platform providers, such as internet service providers, operating systems, browsers, social media seek programs, etc. Please know that Bosley is not responsible for the accuracy of the Information provided to us by third parties or how such third parties collect and use your Information. Keep in mind that when you use social media, Information you have shared may be public, and accessible publicly and indexable by search engines.

**3. Automatically:**

- From automatic data collection technologies, which help us gather data about you which on its own would not identify you such as demographic information, your online behavior or your use of our website and or interaction with any other platform associated with us (also known as behavioral tracking). We also collect data through cookies, web beacons, embedded pixels, local data storage, and other tracking technologies, as well as details from your internet provider about your IP address, location, internet connection, the equipment you use to access our website etc. The information we collect through these automatic data collection technologies may later be associated to your Personal Information. See our Do Not Track Signals section for information on this.

# WHY DO WE COLLECT INFORMATION AND HOW DO WE USE IT?

We collect Information about and from you, including Personal Information, for various purposes, including, but not limited to, to:

- Find out how to contact you and determine how you wish to be contacted, including via telephone call, text message, email, or physical correspondence

- Deliver any information, offers, promotions, products or services that you may have requested

- Notify you of Bosley and our strategic partner's latest offers and promotions

- Manage our business relationship (including reminding you of an appointment, sending you a billing statement, updating or upholding our legal agreements, making material changes to this website or our services)

- Better tailor our offers to your specific needs

- Combine anonymous information we have collected with your Personal Information to have a complete profile about you

- Improve the content and administration of our website and our social or networking applications and our marketing content

- Ensure that our advertising partners will display Bosley's offers which may interest you as you browse the internet

- Give you important notices regarding any of the above

- Fulfill any other purpose for which you consented, or which may have been described to you when you provided the Information

- Comply with any legal requirement

- If you do not want Bosley to use your Information for any of the purposes above, please refer to the Contact Us section and let us know. Bosley respects your privacy and we will be happy to update your preferences at any time.

- If you do not want Bosley to use your Information for any of the purposes above, please refer to the Contact Us section and let us know. Bosley respects your privacy and we will be happy to update your preferences at any time.

# HOW DO WE COMMUNICATE WITH YOU?

At Bosley our goal is to ensure that the way we communicate with you reflects preference. That is why when we ask you to share your Personal Information, we seek your consent to communicate with you in different ways, and we use reasonable efforts to use your Personal Information in the manner you designated in accordance with applicable law. If we have an existing business relationship, you have consented to receive mail, email, phone and text

message (as applicable) in order to manage our business relationship, including, but not limited to telephone, email and text message appointment and or invoice reminders ("Business Communications").

Please take a moment to review the You Have Options section, to learn about what other types of communications you may receive from Bosley in addition to Business Communications. Keep in mind that you may revoke or modify your consent to receive other types of communications at any time, but note that it may take up to 10 business days for your request to be processed.

# YOU HAVE OPTIONS

Throughout our website, and in our locations throughout the U.S. and Canada, from time to time, you may be asked to provide us with your Personal Information. Use those opportunities to determine how you wish to be reached by Bosley.

Electing to be contacted for non-Business Communications is not a condition for our services. We want to hear from you, and want you to be happy when you hear from us. You may change your preferences at any time by communicating with us as stated in the Contact Us section or by writing to customerservice@bosley.com.

Take a moment to review the following paragraphs to find out how we communicate with you, when you elect to subscribe or "Opt In" to different types of communications.

# BOSLEY'S MOBILE OFFERS TERMS AND CONDITIONS (TEXT MESSAGES)

This section on Bosley's Mobile Offers Terms and Conditions is effective as of the Effective Date set out in this Privacy Policy. You are responsible for periodically checking this Privacy Policy for changes to this section.

Bosley offers you the choice of receiving special promotions and offers via text messages on your mobile device ("Mobile Offers"). By texting JOIN to 203203 or 62461, and/or by responding with a text to any advertising message from Bosley you are explicitly consenting to receiving up to 5 mobile text alerts or messages of a commercial nature per month sent via automated technology and/or an automatic telephone dialing system. Bosley does not charge you for the Mobile Offers it sends, but message and data rates from your mobile carrier may apply when receiving Mobile Offers. Please note, that participation in Bosley's Mobile Offer program is voluntary and you do not have to consent to receiving Mobile Offers in order to be able to receive Bosley services. You must be 18 years of age to sign up. By signing up, you are confirming that you are over the age of 18.

Canadian Recipients: Bosley does not send Mobile Offers to Canadian recipients. If you receive a Mobile Offer, you have indicated that your address is in the United States. If you wish to stop receiving Mobile Offers see our "Opt Out" or Unsubscribe section for details. If you would like to update your contact information, please call 800-985-6405, email

customerservice@bosley.com or mail us Bosley Inc., c/o Customer Care, 9100 Wilshire Blvd, East Tower Penthouse, Beverly Hills, CA 90212.

## HOW TO "OPT OUT" OR UNSUBSCRIBE FROM MOBILE OFFERS

To unsubscribe from receiving Bosley's Mobile Offers follow the instructions in the Mobile Offer or text STOP to 203203 or 62461. When you text STOP you will receive a confirmation text. You may also unsubscribe from Mobile Offers by emailing us at customerservice@bosley.com

## MOBILE OFFERS CUSTOMER SUPPORT AND CONTACT INFORMATION

If you need additional information regarding Bosley's Mobile Offers, text HELP to 80811 or contact 1-800-985-6405 or e-mail us at customerservice@bosley.com.

The following is a list (but not limited to) of mobile carriers through which Bosley may contact you when you Opt In:
AT&T, Sprint, T-Mobile®, Verizon Wireless, Boost, Cricket, MetroPCS, U.S. Cellular, Virgin Mobile, ACS Wireless, Appalachian Wireless, Bluegrass Cellular, Carolina West Wireless, Cellcom, C-Spire Wireless (formerly Cellsouth), Cellular One of East Central Illinois, Cincinnati Bell Wireless, Cross (dba Sprocket), Duet IP, Element Mobile, EpicTouch, GCI Communications, Golden State, Hawkeye (Chat Mobility), Hawkeye (NW Missouri Cellular), Illinois Valley Cellular, Immix (Keystone Wireless / PC Management), Inland Cellular, iWireless, Mobi PCS (Coral Wireless LLC), Mosaic, MTPCS / Cellular One (Cellone Nation), Nex-Tech Wireless, nTelos, Panhandle Telecommunications, Peoples Wireless, Pioneer, Plateau, Revol Wireless, Rina – Custer, Rina – All West, Rina – Cambridge Telecom Coop, Rina – Eagle Valley Comm, Rina – Farmers Mutual Telephone Co, Rina – Nucla Nutria Telephone Co, Rina – Silver Star, Rina – South Central Comm, Rina – Syringa, Rina – UBET, Rina – Manti, South Canaan / CellularOne of NEPA, Thumb Cellular, Union Wireless, United, Viaero Wireless, West Central Wireless, Leaco, Nemont/Sagebrush. T-Mobile is not liable for delayed or undelivered messages.

## COMMERCIAL ELECTRONIC MESSAGES TERMS AND CONDITIONS (E-MAILS)

This section on Bosley's Email Offers terms and conditions is effective as of the Effective Date set out in this Privacy Policy. You are responsible for periodically checking this Privacy Policy for changes to this section.

Bosley offers you the choice of receiving special promotions, updates, blogs, and offers via e-mail ("Email Offers"). When you Opt In to receive Email Offers, you are explicitly consenting to receiving up to 5 Email Offers (email alerts or messages) of a commercial nature per month

sent via an automatic emailing system. Please note that participation in Bosley's Email Offer program is voluntary and you do not have to consent to receiving Email Offers in order to be able to receive Bosley services. You must be 18 years of age to sign up. By signing up, you are confirming that you are over the age of 18.

Canadian Recipients: Bosley does not send Mobile Offers to Canadian recipients. If you receive a Mobile Offer, you have indicated that your address is in the United States. If you wish to stop receiving Mobile Offers see our "Opt Out" or Unsubscribe section for details. If you would like to update your contact information, please call 800-985-6405, email customerservice@bosley.com or mail us Bosley Inc., c/o Customer Care, 9100 Wilshire Blvd, East Tower Penthouse, Beverly Hills, CA 90212

## HOW TO "OPT OUT" OR UNSUBSCRIBE FROM E-MAILS

To unsubscribe from receiving Email Offers email either click on the unsubscribe link or follow the instructions provided in each email or send an email to customerservice@bosley.com. Please note that unsubscribing via email may take up to 10 business days to implement.

## EMAIL OFFERS CUSTOMER SUPPORT AND CONTACT INFORMATION

If you need additional information regarding Bosley's Email Offers please contact Bosley at 1-800-985-6405 or send an email to customerservice@bosley.com. See also our Contact Us section for additional ways to reach us.

## FOLLOW UP CALLS TERMS AND CONDITIONS

From time to time, after you have provided us your Personal Information, a Bosley representative may call you to inform you of special Bosley offers or offers specially tailored to you, and or other information ("Follow Up Calls"). By providing your Personal Information to us regardless of the method by which you provide it, including but not limited to, via our website, via a Form, via text, over the phone or through social media, you are consenting to receiving Follow Up Calls from time to time unless you revoke such consent.

Please note, that you may advise Bosley and or any Bosley representative of your desire not to receive Follow Up Calls at any time after you provide us with your Personal Information or you may write to us at any time at customerservice@bosley.com with your request. You must be 18 years of age to sign up to receive any Bosley information. By signing up, you are confirming that you are over the age of 18.

This section on Bosley's Follow Up Calls is effective as of the Effective Date set out in this Privacy Policy. You are responsible for periodically checking this Privacy Policy for changes to this section.

## HOW TO "OPT OUT"

You may request to stop receiving Follow Up Calls whenever you want. Just let the Bosley representative who calls you know or email us at customerservice@bosley.com.

Please note that unsubscribing from Follow Up Calls may take up to 10 business days to implement.

## EMAIL OFFERS CUSTOMER SUPPORT

If you need additional information regarding Bosley's Follow Up Calls please contact Bosley at 1-800-985-6405 or send an email to customerservice@bosley.com. See also our Contact Us section for additional ways to reach us

## DO NOT TRACK SIGNALS

Please note that Bosley currently does not respond to Do Not Track (DNT) signals. To learn more about browser tracking signals and DNT please visit http://www.allaboutdnt.org

## DISCLOSURE OF PERSONAL INFORMATION

Bosley will not share, rent or sell any Personal Information with third parties, except as disclosed in this section.

**1. Social Networking Sites and third party platforms.** From time to time, when you interact with third-party company sites or platforms, such as social networking sites, analytics service, or an advertising network partner, these third party sites or platforms require that Bosley share your Information. If you agree to interacting with those sites or platforms, such as by clicking on an ad on Facebook, for instance, it means that you are consenting to our sharing of your Personal Information with those sites, and we will do so. Please note that once we share or post your Personal Information with such company, your Personal Information becomes subject to the other company's privacy practices. Bosley will have no way to control what such company does with your Personal Information after you have consented to our sharing of it. Bosley explicitly disclaims responsibility for or liability for the privacy practices or actions of third parties which do not belong to or are not under the control of Bosley. Most of these third parties will not change their tracking practices in response to "do-not-track" signals from your web browser and we do not have any contractual safeguards in place that would require them to do so.

**2. Analytics services and Advertising Networks and or Providers.** When you visit our website, we may be sharing your non identifiable information, with certain parties, only with respect to your browsing or usage, pursuant to our agreements with them. These third parties do not change their tracking practices in response to "do-not-track" signals from your web browser and we do not obligate these parties to honor "do-not-track" signals. To learn more about browser tracking signals and "Do Not Track," please visit http://allaboutdnt.org.

**3. Affiliates.** Bosley shares your Information with its affiliates, subsidiaries, or parent companies from time to time to provide services to you or when our affiliates, subsidiaries or

parent companies require that Information to provide services to us. In addition, Bosley may share Information with its affiliates in order to coordinate its activities and services and to understand and take advantage of market opportunities. If we disclose your Personal Information to our affiliates, we require our affiliates to maintain administrative, technical and physical security measures to protect your Personal Information in accordance with this Privacy Policy.

**4. Service Providers.** Bosley may share your Personal Information on a need to know basis with trusted third-party service providers, such as marketing companies, mailing services, calling centers, or subcontracting customer service agencies, when it is necessary for those third parties to provide services to you on Bosley's behalf or to Bosley. We require any such third-party service providers to maintain administrative, technical and physical security measures to protect your Personal Information in accordance with this Privacy Policy. We do not share your Personal Information with third parties for their direct marketing purposes.

**5. Legal and Safety Obligations.** Under certain circumstances, Bosley may be bound to disclose Information if (i) required to do so by law, search warrant, subpoena, court order or other legal process, (ii) requested by law enforcement or other government authorities, or (iii) Bosley believes such action is necessary to protect and defend the rights, property or personal safety of Bosley and its websites, visitors to the websites and clients of our services.

**6. Business Transactions.** Bosley may disclose Personal Information about you in connection with a merger, acquisition or reorganization or in connection with due diligence for a possible transaction.

# SECURITY

Bosley places great importance on the security of any Information collected from its clients and visitors. We have implemented technical and organizational measures designed to secure your Personal Information from accidental loss and from unauthorized access, use, alteration, destruction, or disclosure, by encrypting our website and platforms, by reviewing our information collection, storage and processing practices, including physical security measures, to guard against unauthorized access to systems. We also restrict access to Personal Information to Bosley employees, contractors and agents who need to know that information in order to process it for us, and who are subject to contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

Please note, however, that although at Bosley we strive to adhere to industry standards of security to protect your Personal Information, Bosley is unable to guarantee the safety of your Personal Information, including with respect to unauthorized access or use of your data by third parties.

# CHANGES TO OUR PRIVACY POLICY

Bosley reserves the right to change this Privacy Policy from time to time and will notify users of our website by posting such change on this Privacy Policy page. If we make material changes

to how we treat your Personal Information, we will notify you through a notice on the website home page, or at Bosley's sole discretion via email to the last email address provided by you.

You are responsible for ensuring we have an up-to-date active and deliverable email address for you, and for periodically visiting our website and this Privacy Policy to check for any changes. The date the Privacy Policy was last revised is identified at the top of this Privacy Policy page.

# OTHER IMPORTANT INFORMATION

Surveys, Sweepstakes Quizzes & Contests
Occasionally Bosley may request information from its existing clients and or the users of its website via surveys, sweepstakes, quizzes or contests. Information requested may be Personal Information. Participation in these surveys, sweepstakes, quizzes or contests is completely voluntary, and you, our existing or prospective patient/client, and or the user of our website have the choice not to participate if you disagree with Bosley's conditions of entry and or if you disagree with the way Bosley will use such Information. Generally, Information collected by Bosley in a survey, sweepstake, quiz or contest will be used for: notifications regarding the survey, sweepstake or contest, sending you marketing and or promotional communications from Bosley via mailers, e-mail, text message, automated or live phone calls, to analyze the website traffic to improve the user's experience on Bosley websites, tailoring Bosley's marketing practices. By participating in a survey, sweepstake, quiz and or contest, you consent to the use given to the Personal Information you provide in your entry as set forth in this section. All participation in surveys, sweepstakes, quizzes, and contests is subject to applicable law and the rules and terms and conditions set out in such contest or sweepstake.

# CHILDREN'S PRIVACY

Our website is intended for adults over the age of 18 and it is therefore not intended for minors. We do not currently collect age information through our website. No one under age 18 may provide any information to or on the website. In compliance with the Children's Online Privacy Protection Act ("COPPA"), Bosley does not knowingly collect information from children under 13, as our policy is that no one under the age of 18 should use our website. Bosley does not target its website to minors in general. Children younger than 13 should always get permission from their parents before sending any information about themselves (such as their names, email addresses, and phone numbers) over the Internet. If you are under 18, do not use or provide any information on this website or on or through any of its features/register on the website, use any of the interactive features of this website or provide any Personal Information to us, including your name, address, telephone number, email address, or any screen name or user name you may use. If we learn we have collected or received Personal Information from a child under 13 without verification of parental consent, we will delete that information. If you believe we might have any information from or about a child under 13, please contact us as provided in the Contact Us section below.

If you are under the age of 18 stop using the website, and please have your parent or legal guardian contact us on your behalf.

# LINKS TO OTHER WEBSITES

From time to time, the website may contain links to other websites not belonging to or under the control of Bosley. Bosley explicitly disclaims responsibility for or liability for the privacy practices or the content of websites which do not belong to or are not under Bosley's control. Please be aware that once you link to another site, you are subject to the privacy policy of that other new site.

# AUTOMATED TECHNOLOGY DISCLOSURE

When submitting your information at Bosley.com you agree to the following statements:

- I agree to receive advertising calls made via an autodialer to my phone at the number I provided, including my cellphone. Message, minutes and data rates may apply.

- I agree to receive automated text messages to my mobile phone number provided. Max 6 messages per week per #. Message and data rates may apply. You may reply STOP to any text message at any time to stop receiving text messages.

- I agree to receive transactional, advertising, promotional, news-related and other emails from Bosley regarding the company and its products and services.

I understand that I may withdraw my consent to receive calls, texts, or email at any time, and that I am not required to agree to the receipt of advertising calls, texts, or emails in order to receive services from Bosley. If I opt-out of advertising emails, I understand that I still may receive service-related communications via email as permitted by applicable law.

Note: If at any time you would like to change your communication preferences, you may contact Bosley at 800-985-6405 or email us at Bosley@bosley.com

# DISPUTES

By using our Sites, you agree that Bosley or one of its affiliates at its sole discretion, may require that: (1) any and all disputes and causes of action related to or connected with these Terms, the Sites, and the related offerings shall be resolved individually, without resort to any form of class action, and exclusively by final and binding arbitration under the rules of the American Arbitration Association and held at a AAA regional office nearest the participant; (2) the Federal Arbitration Act shall govern the interpretation, enforcement and all proceedings at such arbitration; and (3) judgment upon such arbitration award may be entered in any court

having jurisdiction. You understand and agree that you are waiving your right to sue or go to court to assert or defend your rights under this agreement.

A printed version of the Terms of Use and of any notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to the Terms of Use to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

These Terms of Use are the entire agreement between you and us with respect to the Sites and supersede all prior or contemporaneous communications and proposals (whether oral, written or electronic) between you and us with respect to those matters. If any provision of these Terms of Use is found to be illegal or unenforceable, the remainder of the Terms of Use shall be unaffected and shall continue to be fully valid, binding, and enforceable. The failure of either party to exercise in any respect any right provided for herein shall not be deemed a waiver of any further rights hereunder. No agency, partnership, joint venture, or employment relationship is created as a result of these Terms of Use, and neither party has any authority of any kind to bind the other in any respect.

# CONTACT US

If at any time you wish to contact Bosley with any questions or comments regarding our Privacy Policy, or should you no longer wish to receive non-Business Communications from Bosley, please contact us:

By Mail:
Attn: Customer Care
Bosley, Inc.
9100 Wilshire Blvd
East Tower Penthouse
Beverly Hills, CA 90212

By Phone:
(800) 985-6405 or (310) 288-9999

By Email – For Privacy Policy or Data Use Questions:
privacypolicy@bosley.com

By Email – For Customer Service or if you wish to no longer receive information from Bosley: customerservice@bosley.com
Chat Now
Offline
loading
Chat