SHOOK, HARDY & BACON L.L.P.
Saman M. Rejali (SBN 274517)
srejali@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:  424.285.8330
Facsimile:   424.204.9093

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>Defendants. | Case No. 2:25-cv-10669-JFW-DFM<br><br>Assigned to: Hon. John F. Walter<br><br>**DECLARATION OF SAMAN M. REJALI IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>Date: February 23, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 7A - 7th Floor |

1      I, Saman M. Rejali, declare and state as follows:

2      1.    I am an attorney licensed to practice before all of the courts of the State of California and I am admitted in the Central District of California. I am one of the attorneys for Defendants Bosley Inc. and Bosley Medical Group (collectively, "Bosley") in the above-entitled action. This declaration is based upon my personal knowledge. If called upon as a witness, I could and would competently testify as to the facts set forth therein.

3.    2.    On December 19, 2025, I visited www.bosley.com (the "Website") and took a screenshot of the Scheduler page on the Website located at www.bosley.com/scheduler/. Attached as Exhibit A to the accompanying Request for Judicial Notice ("RJN") is a true and correct copy of a screen shot from the Schedule page on the Website.

3.    On December 19, 2025, I visited www.bosley.com/terms-of-use/ and printed Bosley's Terms of Use. A true and correct copy of Bosley's Terms of Use I printed from the Website is attached as Exhibit B to the RJN.

4.    On December 19, 2025, I visited www.bosley.com/privacy-policy/ and printed Bosley's Privacy Policy. A true and correct copy of Bosley's Privacy Policy I printed from the Website is attached as Exhibit C to the RJN.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct.

Dated: December 19, 2025        */s/ Saman M. Rejali*
                                      *Saman M. Rejali*

**CERTIFICATE OF SERVICE**

I, Saman M. Rejali, hereby certify that I served a true and correct copy of the foregoing on all parties of record via CM/ECF on December 19, 2025.