SHOOK, HARDY & BACON L.L.P.
Rachel A. Straus (SBN 268836)
rstraus@shb.com
Saman M. Rejali (SBN 274517)
srejali@shb.com
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:  424.285.8330
Facsimile:   424.204.9093

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>　　　　　　　Defendants. | Case No. 2:25-cv-10669-JFW-DFM<br><br>Assigned to: Hon. John F. Walter<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Date: February 23, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 7A - 7th Floor |

1  The Motion to Dismiss filed by Defendants came on regularly for hearing before
2  the Court on February 23, 2026, in the Los Angeles Courtroom 7A - 7th Floor of the
3  above-entitled Court, the Honorable John F. Walter presiding.
4  Having considered the moving papers, the evidence submitted, any opposition
5  and reply, and arguments of counsel, and good cause appearing therefore, the Court
6  finds as follows:
7  **IT IS HEREBY ORDERED:**
8
9  Dated: _____, 2025          _____
10                                             Honorable John F. Walter
                                               JUDGE OF THE UNITED STATES
11                                             DISTRICT COURT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28