**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 25-10669-JFW(DFMx)** Date: January 12, 2026

Title: Alexander Sisti -*v*- Bosley, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT [filed 12/19/25; Docket No. 40]**

On December 19, 2025, Defendants Bosley Inc. and Bosley Medical Group (collectively, "Defendants") filed a Motion to Dismiss Plaintiff's Class Action Complaint ("Motion"). Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for February 23, 2026, is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

On January 9, 2026, Plaintiff Alexander Sisti ("Plaintiff") filed a First Amended Class Action Complaint ("FAC"). In light of Plaintiff filing a FAC, Defendants' Motion is **DENIED as moot**.

IT IS SO ORDERED.



Initials of Deputy Clerk sr