SHOOK, HARDY & BACON L.L.P.
Rachel A. Straus (SBN 268836)
rstraus@shb.com
Saman M. Rejali (SBN 274517)
srejali@shb.com
Laurel A. Scott (SBN 350181)
lascott@shb.com
Rima A. Haggar (SBN 344167)
rhaggar@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: 424.285.8330
Facsimile: 424.204.9093

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ALEXANDER SISTI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BOSLEY INC. and BOSLEY MEDICAL GROUP, a medical corporation;

Defendants.

Case No. 2:25-cv-10669-JFW-DFM

Assigned to: Hon. John F. Walter

**NOTICE OF LODGING OF DEFENDANTS' [PROPOSED] STATEMENT OF DECISION ON DEFENDANTS' RENEWED MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Hearing Date: April 13, 2026
Time: 1:30 p.m.
Place: Courtroom 7A - 7th Floor

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rules 5-1 and 5-4.4, and the Court's standing order (Dkt. 26), Defendants Bosly Inc. and Bosley Medical Group hereby lodge their [Proposed] Statement of Decision on their Renewed Motion to Dismiss Plaintiffs' Class Action Complaint, attached as **Exhibit A.**

Dated: April 1, 2026

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Saman M. Rejali*

SAMAN M. REJALI
RACHEL A. STRAUS

Attorneys for Defendants
BOSLEY INC.; and
BOSLEY MEDICAL GROUP

## CERTIFICATE OF SERVICE

I, Saman M. Rejali, hereby certify that I served a true and correct copy of the foregoing on all parties of record via CM/ECF on April 1, 2026.