Frank S. Hedin (SBN 291289)
fhedin@hedinllp.com
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107

*Attorney for Plaintiff and Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>Defendants. | Case No. 2:25-cv-10669-JFW-DFM<br><br>Assigned to: Hon. John F. Walter<br><br>**NOTICE OF LODGING OF PLAINTIFF'S [PROPOSED] STATEMENT OF DECISION DENYING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date: April 13, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 7A – 7th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rules 5-1 and 5-4.4, and the Court's Standing Order, Plaintiff Alexander Sisti hereby lodges the [Proposed] Statement of Decision Denying Defendants' Motion to Dismiss First Amended Class Action Complaint, attached hereto as **Exhibit A**.

Dated: April 1, 2026

Respectfully submitted,

Frank S. Hedin (SBN 291289)
fhedin@hedinllp.com
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107

*Attorney for Plaintiff and Putative Class*

**CERTIFICATE OF SERVICE**

I, Frank S. Hedin, hereby certify that I served a true and correct copy of the foregoing on all parties of record via CM/ECF on April 1, 2026.

/s/ *Frank S. Hedin*
Frank S. Hedin