**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 25-10669-JFW(DFMx)** Dated: April 9, 2026

Title: Alexander Sisti *-v-* Bosley, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:** None

**ATTORNEYS PRESENT FOR DEFENDANTS:** None

**PROCEEDINGS (IN CHAMBERS):** **ORDER TAKING UNDER SUBMISSION DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [filed 2/19/26; Docket No. 50]**

Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is currently on calendar for April 13, 2026, at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for April 13, 2026, is hereby vacated and the matter is taken off calendar. The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

IT IS SO ORDERED.

Initials of Deputy Clerk sr