**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 25-10669-JFW(DFMx)** Date: April 27, 2026

Title: Alexander Sisti *-v-* Bosley, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [filed 2/19/26; Docket No. 50]**

On February 19, 2026, Defendants Bosley Inc. And Bosley Medical Group (collectively, "Defendants") filed a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"). On March 16, 2026, Plaintiff Alexander Sisti ("Plaintiff") filed his Opposition. On March 30, 2026, Defendants filed a Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument. The matter was, therefore, removed from the Court's April 13, 2026 hearing calendar and the parties were given advance notice. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Defendants' moving and reply papers, the Court **GRANTS** Defendants' Motion. The Court signs, as modified, Defendants' proposed Statement of Decision on Defendants' Motion to Dismiss Plaintiff's First Amended Class Action Complaint, lodged with the Court on April 1, 2026. Docket No. 55-1.

IT IS SO ORDERED.

Initials of Deputy Clerk _sr_